Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Patricia  Montano

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

PATRICIA  MONTANO,

     Plaintiff,

     v.

FRANK BISIGNANO[1],
COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

Case No.  2:24-cv-02032-JDP

**AMENDED STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; |PROPOSED| ORDER**

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of NINE HUNDRED SEVENTY-EIGHT 48/100 ($978.48) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED AND FIVE dollars ($ 405.00) under 28

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

Plaintiff was the prevailing party in this matter and Plaintiff is an individual whose net worth does not exceed $2,000,000 at the time the civil action was filed. The position of the Commissioner was not substantially justified and an award of fees is not unjust.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Under Astrue v. Ratliff, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned his right to EAJA fees to his attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check or electronic fund transfer (EFT) made out to Plaintiff, but delivered to Plaintiff's attorney.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel

1  including Counsel's firm may have relating to EAJA attorney fees in connection with

2  this action.

3      The parties further agree that the EAJA award is without prejudice to the right of

4  Plaintiff's attorney to seek attorney fees pursuant to Social Security Act § 206(b), 42

5  U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. §

6  2412(c)(1) (2006).

7                                        Respectfully submitted,

8

9
    Dated: May 7, 2025                    /s/ *Jonathan O. Peña*
10                                        JONATHAN O. PEÑA
                                          Attorney for Plaintiff
11

12
    Dated: May 7, 2025                    PHILLIP A. TALBERT
13                                        United States Attorney
                                          MATHEW W. PILE
14                                        Associate General Counsel
                                          Office of Program Litigation
15                                        Social Security Administration
16

17                                    By:  _*_ *Justin Lane Martin*
                                          Justin Lane Martin
18                                        Special Assistant U.S. Attorney
                                          Attorneys for Defendant
19                                        (*Permission to use electronic signature
                                          obtained via email on May 7, 2025).
20

21

22

23

24

25

26

27

28

1
2

|PROPOSED| ORDER

3       Based upon the parties' Stipulation for the Award and Payment of Equal Access

4   to Justice Act Fees and Expenses (the "Stipulation"),

5       **IT IS ORDERED** that fees and expenses in the amount of NINE HUNDRED

6
7   SEVENTY-EIGHT 48/100 ($978.48) and costs in the amount of FOUR HUNDRED

8   AND FIVE dollars ($ 405.00) under 28 U.S.C. §1920 as authorized by the Equal

9
10  Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of

11  the Stipulation.

12

13  IT IS SO ORDERED.

14

15  Dated:    May 13, 2025          _____
                                    JEREMY D. PETERSON
16                                  UNITED STATES MAGISTRATE JUDGE

17
18
19
20
21
22
23
24
25
26
27
28

-4-